# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-0379 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| ALAN VICTOR LEE (05) | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Defendant Alan Lee ("Defendant") is before the Court on a miscellaneous letter motion (Record Document 224). In his letter, Defendant states that during his sentencing the Court recommended to the Bureau of Prisons ("BOP") that Defendant should participate in the Residential Drug and Alcohol Program ("RDAP"). Defendant claims that the staff at his place of incarceration reviewed the sentencing record and found no mention of this recommendation. Defendant asks the Court to issue a statement to the BOP confirming its recommendation.

To the extent Defendant is seeking an order from the Court requiring BOP to enroll him in RDAP, his request is **DENIED**. Defendant should exhaust his administrative remedies within the BOP. If necessary, he may then seek relief by filing a petition under 28 U.S.C. § 2241. See Gallegos-Hernandez v. U.S., 688 F.3d 190 (5th Cir. 2012) ("Section 2241 is the proper procedural vehicle if a prisoner 'challenges the execution of his sentence rather than the validity of his conviction and sentence.'").

To the extent Defendant is seeking recognition by the Court that it recommended Defendant's participation in RDAP, the Court has reviewed the transcript from Defendant's sentencing hearing and finds no mention of RDAP. The Court notes that it

did, however, impose a special condition of supervised release requiring defendant to "participate in a substance abuse treatment program and/or addiction recovery program as directed by the U.S. Probation Office, to include Antabuse and drug surveillance, if indicated, and/or inpatient treatment." Record Document 129 at 4.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of February, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT